UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMAL HICKS,<br><br>                                Petitioner,<br><br>        -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>                                Respondent. | 1:20-CV-1486 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 27, 2020, denying the petition without prejudice

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   April 27, 2020
             New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge